1 | David D. Lawrence, Esq. [State Bar No. 123039]
E-Mail: dlawrence@lbaclaw.com
2 | Christina M. Sprenger, Esq. [State Bar No. 205105]
E-Mail: csprenger@lbaclaw.com
3 | Daniel S. Cha, Esq. [State Bar No. 260256]
E-Mail: dcha@lbaclaw.com
4 | LAWRENCE BEACH ALLEN & CHOI, PC
1600 North Broadway, Suite 1010
5 | Santa Ana, California 92706          E-FILED 12/04/09
Telephone No: (714) 479-0180          JS-6
6 | Facsimile No: (714) 479-0181

7 | Attorneys for Defendant,
DEPUTY AARON (EHREN) WEIDENKELLER
8 |

9 |                    UNITED STATES DISTRICT COURT

10 |                  CENTRAL DISTRICT OF CALIFORNIA

11 |
GUILLERMO OLVERA, JR.,           ) Case No. CV 06-07585 PSG(PJWx)
12 |                              )
          Plaintiff,             )
13 |                             ) [PROPOSED] JUDGMENT IN A CIVIL
     vs.                         ) CASE
14 |                             )
AARON JOHN WEIDENKELLER a/k/a )
15 | EHREN WEIDENKELLER, DEPUTY  )
MICHAEL BEACHNER, MICHAEL S.  ) Trial:
16 | CARONA, ORANGE COUNTY       ) Date: October 20, 2009
SHERIFF'S DEPARTMENT, COUNTY ) Time: 9:00 a.m.
17 | OF ORANGE, JOHN DOE, TONY   ) Courtroom: 790
RACKAUCKAS, DISTRICT ATTORNEY )
18 | FOR THE COUNTY OF ORANGE,   )
RICHARD ROE, DEPUTY DISTRICT )
19 | ATTORNEY and TWENTY UNKNOWN )
NAMED DEFENDANTS, inclusive,  )
20 |                             )
          Defendants.            ) MATTER FOR DETERMINATION BY THE
21 | _____) HONORABLE PHILIP S. GUTIERREZ

22 |

23 |

24 |       This action came on for trial on October 20, 2009 before the

25 | Honorable Philip S. Gutierrez, District Judge presiding.  Jeff

26 | Dominic Price appeared as counsel for Plaintiff. David D.

27 | Lawrence and Daniel Cha of Lawrence Beach Allen & Choi, PC,

28 | appeared as counsel for Defendant AARON (EHREN) WEIDENKELLER.

1    On October 20, 2009, a jury was empanelled and sworn to try

2  the action.  Witnesses were sworn and examined and exhibits

3  entered into evidence.

4    After hearing the evidence, instructions by the Court, and

5  arguments of counsel, the jury retired to consider its verdict.

6  On October 23, 2009, the jury returned to Court and duly rendered

7  its unanimous special verdicts in writing as follows:

8

9                    **SPECIAL VERDICT FORM**

10  **Question No. 1.**

11    Do you find, by a preponderance of the evidence, that Ehren

12  Weidenkeller violated Plaintiff Olvera's constitutional rights by

13  using excessive force against Plaintiff?

14            Yes _X_                    No____

15

16    If you answered "Yes" to Question No. 1, answer Question No.

17  2.  If you answered "No" to Question No. 1, skip the remaining

18  questions and sign and date this Special Verdict Form.

19

20  **Question No. 2.**

21    Do you find, by a preponderance of the evidence, that the

22  use of unreasonable force by Defendant Weidenkeller caused injury

23  to Plaintiff Olvera?

24            Yes_X_                    No____

25

26    If you answered "Yes" to Question No. 2, answer Question No.

27  3.  If you answered "No" to Question No. 2, skip the remaining

28  questions and sign and date this Special Verdict Form.

[PROPOSED] JUDGMENT

**Question No. 3.**

Could a person in the position of Ehren Weidenkeller have reasonably but mistakenly believed that his conduct was lawful, even if you find a violation of constitutional rights?

Yes_X_                              No____

If you answered "Yes" to Question No. 3, skip the remaining questions and sign and date this Special Verdict Form.  If you answered "No" to Question No. 3, answer Questions No. 4 and 5.

**Question No. 4.**

Do you find that the conduct of Ehren Weidenkeller was malicious or in reckless disregard of the rights of Plaintiff Olvera?

Yes____                             No_X_

Proceed to the next question.

**Question No. 5.**

Enter the amount of damages suffered by Plaintiff Olvera caused by Ehren Weidenkeller.

Total Damages $_____0_____

Sign and date this Special Verdict Form.

Date:__10/23/09_____          __/s/_____
                                   FOREPERSON

3
[PROPOSED]  JUDGMENT

1      Based upon the verdict of the jury in this matter;

2      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

3      That judgment shall be entered in favor of Defendant AARON

4 JOHN WEIDENKELLER and against Plaintiff GUILLERMO OLVERA, JR.

5      Any costs and attorneys' fees as the Court may deem to be

6 recoverable will be reserved and determined by the Court at a

7 further hearing.

8      IT IS SO ORDERED.

9

10 DATED:    12/04/09

11

12                      HONORABLE PHLIP S. GUTIERREZ
                      United States District Judge

13

14

15 Respectfully Submitted by:

16

17 By_____

18     DAVID D. LAWRENCE
    CHRISTINA M. SPRENGER
    DANIEL S. CHA

19 Attorneys for Defendant

20 DEPUTY AARON (EHREN) WEIDENKELLER

21

22

23

24

25

26

27

28

4

[PROPOSED] JUDGMENT

**PROOF OF SERVICE**

**STATE OF CALIFORNIA; COUNTY OF ORANGE**

I, Donna T. Adams, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 1600 N. Broadway, Suite 1010, Santa Ana, California 92706.

On November 2, 2009, I electronically filed the foregoing **[PROPOSED] JUDGMENT IN A CIVIL CASE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Jeff Dominic Price          jeff.price@mac.com; organize4@mac.com

____  BY MAIL:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business.

_X_  (Federal) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 2, 2009, at Santa Ana, California.

_____
Signature of Declarant

[PROPOSED] JUDGMENT